# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00111-CR

**Jesse Cabello, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
### NO. D-1-DC-10-301751, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on July 3, 2015. On counsel's motions, the deadline for filing was extended to October 1. Appellant's counsel has now filed a third motion requesting that the Court extend the time for filing appellant's brief an additional 30 days. We grant the motion for extension of time and order appellant to file a brief no later than November 2, 2015. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered October 6 , 2015.

Before Justices Puryear, Goodwin, and Bourland

Do Not Publish